IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



**FILED**

JAN 2 4 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| STANSLY T. MAPONGA, Plaintiff | § | |
| | § | |
| v. | § | NO. 4:25-CV-00051-SDJ-BD |
| | § | |
| HALL PARK HOTEL, et al., Defendants | § | |

## FIRST AMENDED VERIFIED COMPLAINT FOR EMERGENCY EX PARTE TEMPORARY RESTRAINING ORDER

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) as Plaintiff brings claims under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the Fair Housing Act (FHA), 42 U.S.C. § 3601 et seq.

2. Venue is proper in the United States District Court for the Eastern District of Texas, Sherman Division, pursuant to 28 U.S.C. § 1391, as the events giving rise to this Complaint occurred within this District and Division.

### II. PARTIES

1. Plaintiff: Stansly T. Maponga is an individual residing in Texas who has suffered harm resulting from the Defendants' actions.

2. Defendants: Hall Park Hotel, Autograph Collection (Marriott), and all affiliated individuals or entities responsible for the management and operation of the hotel.

### III. FACTUAL BACKGROUND

1. On December 20, 2024, Plaintiff reserved a 32-night stay at Hall Park Hotel, from December 21, 2024, to January 21, 2025, at a monthly rate of $12,000.

2. Plaintiff paid $2,000 toward the reservation but was prematurely evicted on January 11, 2025, after the hotel unilaterally altered the reservation and departure date without consent.

3.    The premature eviction violated the ADA, FHA, and contractual agreements, resulting in irreparable harm to Plaintiff and his family, including homelessness, financial strain, and emotional distress.

4.    Plaintiff, his wife, and their children (ages 8, 6, and 4) have been forced to live in their car since January 11, 2025, causing severe hardship, including:

- Exacerbation of Plaintiff's back disability and cognitive impairments.

- Mental health deterioration for Plaintiff's children, who are questioning why they cannot return to a stable home.

- Plaintiff's wife struggling to maintain her employment due to lack of a stable internet connection and workspace.

- Financial strain caused by traveling from Red Oak, TX, to Frisco, TX, daily to ensure the children attend school.

5.    Plaintiff is actively appealing his NFL disability benefits, with a critical hearing scheduled for February 19, 2025. The instability caused by the hotel's actions has significantly impeded his ability to prepare for the hearing.

IV. LEGAL CLAIMS

1.    Breach of Contract: Defendants violated the agreed terms by altering the reservation and evicting Plaintiff prematurely.

2.    ADA Violations: Defendants failed to accommodate Plaintiff's disabilities and imposed undue hardship, violating 42 U.S.C. § 12182.

3.    FHA Violations: Defendants' actions interfered with Plaintiff's ability to secure fair housing and stability for his family.

4.    Unjust Enrichment: Defendants profited from cancellation fees and additional charges imposed due to their own breach.

5.    Intentional Infliction of Emotional Distress: Defendants' actions caused severe emotional and psychological harm to Plaintiff and his family.

## V. RELIEF REQUESTED

Plaintiff respectfully requests this Court grant the following relief:

1. Reinstatement of Reservation:

- Order Defendants to reinstate the original 32-night reservation or provide comparable alternative housing Comparable.

2. Refund of $2,000:

- Refund the payment made toward the stay to address immediate needs, such as warmer clothing and travel expenses.

3. Prohibit Further Charges:

- Prohibit Defendants from enforcing cancellation penalties or imposing additional charges.

4. Educational Protection:

- Issue an order preventing Plaintiff's children from being unenrolled from school due to lack of a permanent address.

- Require the school to provide excuse letters for missed days caused by homelessness.

5. Mental Health Services:

- Direct Defendants to provide or compensate for mental health counseling for Plaintiff and his family.

6. Additional Relief:

- Grant any other relief the Court deems just and equitable.

## VI. VERIFICATION

I, Stansly T. Maponga Sr., declare under penalty of perjury under the laws of the United States and the State of Texas that the facts stated herein are true and correct to the best of my knowledge.

Executed on: January 24, 2025

Location: Plano, Collin County, Texas

Signature:

Stansly T. Maponga Sr.

ORDER FOR TEMPORARY RESTRAINING ORDER

Upon review of the Plaintiff's Complaint, the Court orders the following:

     1.

Signed this 24th day of January, 2025.


Judge's Name
United States District Court
Eastern District of Texas, Sherman Division