THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STANSLY T. MAPONGA | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00051-SDJ-BD |
| | § | |
| HALL PARK HOTEL, ET AL. | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

 Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 21, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #7), that Plaintiff's Emergency Motion for Temporary Restraining Order, (Dkt. #3), be denied.

 Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

 It is therefore **ORDERED** that the Emergency Motion for Temporary Restraining Order, (Dkt. #3), is **DENIED**.

  So ORDERED and SIGNED this 24th day of February, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE